# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



Maria M. Anguiano et al.,

                Plaintiffs,

v.

United States Secret Service et al.,

                Defendants.

EDCV 16-1253-VAP (DTBx)

**ORDER TO SHOW CAUSE FOR FAILURE TO SERVE**

      On June 10, 2016, Plaintiff filed her Complaint. (Doc. No. 1.) Plaintiff has not yet filed a proof of service indicating any Defendant has been served. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve a summons and complaint on all named defendants within 90 days of filing.[1]

      Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than September 30, 2016, why this action should not be dismissed for failure to serve. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

      **IT IS SO ORDERED.**

Dated:    9/14/16

                                          Virginia A. Phillips
                                          Chief United States District Judge

---

[1] On December 1, 2015, the time limit for service was changed from 120 days to 90 days under Rule 4(m).